# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JESUS E. QUINONES LUIGGI<br><br>Plaintiff<br><br>vs.<br><br><br>AGENT JOSE NERIS SERREANO, AGENT CHRISTIAN ARVELO, JANE DOE, JOHN DOE; **INSURANCE COMPANIES A, B, C.**<br><br>Defendants | CIVIL NO.: 3:11cv-01894-GAG<br><br><br>ACTION FOR DAMAGES<br>VIOLATION OF CIVIL RIGHTS, POLICE BRUTALITY, EXCESSIVE FORCE, TORTURE, MALICIOUS PROSECUTION AND OTHERS<br><br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

## Notice of Voluntary Dismissal without Prejudice

**TO THE HONORABLE COURT:**

1. **COMES NOW** Plaintiff, Jesus E. Quiñones Luiggi, through the undersigned attorney, and most respectfully alleges and prays as follows:

2. Plaintiff, Jesus E. Quiñones Luiggi, Attorney at Law, hereby files a petition for the Voluntary Dismissal without Prejudice of the present cause of action.

3. Plaintiff certifies that all cost and filling fees on this matter have been paid, and that at this time no response or motion has been submitted in this matter before this Honorable Court by any of the Defendants.

**PRAYER**

**WHEREFORE,** it is respectfully requested from this Honorable Court to dismiss without prejudice the present legal action.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date, copy of the foregoing motion is being filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all corresponding parties.

In San Juan, Puerto Rico, at this day, December 29th, 2011.

        **ARTURO GUZMÁN GUZMÁN**
        Attorney for Plaintiff

        S/**ARTURO GUZMÁN GUZMÁN**
        U.S.D.C. NO. 227512
        ***Guzmán Guzmán Law Offices***
        Cond. Darlington Suite 207
        1007 Muñoz Rivera Avenue
        San Juan, Puerto Rico 00925
        Tel./Fax 787-758-6521
        Cel. 787-536-7857
        agglawoffices@yahoo.com
        arturoguzmanguzman@gmail.com